**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| TONY L. HART,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA,<br><br>　　　　　　Defendant. | 2:17-cv-02244-JAD-VCF<br>**<u>ORDER</u>** |

Before the Court is *Tony L. Hart v. State of Nevada*, case number 2:17-cv-02244-JAD-VCF. Plaintiff filed a motion to proceed *in forma pauperis* on August 23, 2017. (ECF No. 1). The Court denied the motion to proceed *in forma pauperis* for failure to disclose information on his real property. (ECF No. 3). Hart was ordered to complete all the questions in application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee by October 13, 2017. *Id.* On October 10, 2017, the court's order was returned as undeliverable to Hart with no new forwarding address. (ECF No. 4).

Under IA 3-1, [a]n attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number… Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. To date, Hart has not updated his address. Hence, it would seem as though Hart has abandoned this litigation before it even started. A complaint has not been lodged in this matter since the application for *in forma pauperis* was denied and the filing fee was not paid. There are no claims to dismiss.

Accordingly,

1     IT IS HEREBY ORDERED that Clerk of Court administratively close this case.

2     DATED this 20th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE